UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------

In re MICHAEL STAPLETON ASSOCIATES, LTD   MASTER FILE: 17 Civ. 5468 (GWG)
Employment Litigation

--------------------------------------------------------------------

### NOTICE OF MOTON FOR FINAL APPROVAL OF
### SETTLEMENT OF CLASS ACTIONAND COLLECTIVE ACTION

**PLEASE TAKE NOTICE** that Defendants Michael Stapleton Associates, Ltd. and Michael O'Neil (collectively "Defendants"), will move this Honorable Court, before The Honorable Gabriel W. Gorenstein, Chief United States Magistrate, at Courtroom 6B, 500 Pearl Street, New York, New York, on August 8, 2019 at 4:00 p.m., or at a date and time to be set by the Court, upon the Affirmation of Paul Aloe, Esq. dated July 18, 2019, and the accompanying memorandum of law, for an order granting: (a) final approval of a settlement of a class action pursuant to Rule 23 of the Federal Rules of Civil Procedures; (b) approval of settlement of a collective action brought pursuant to The Fair Labor Standards Act, 29 U.S.C. § 216(b); (c) approval of service awards to certain named plaintiffs; and (d) granting an award of attorneys' fees and expenses to counsel for plaintiffs, the class, and the collective.

The grounds for the motion are: (1) the class and collective settlements, to which no class members have objected, are fair, adequate, and reasonable; (2) the service awards are justified by the contributions of the named plaintiffs; and (3) the attorneys' fees and expenses requested by counsel for the plaintiffs, class, and collective are reasonable.

Respectfully submitted,

**ELLENOFF GROSSMAN & SCHOLE LLP**

By: ___/S/_____
    Amanda M. Fugazy
    Paul P. Rooney
1345 Avenue of the Americas, 11th Fl
New York, New York 10105
Tel: (212) 370-1300
Fax: (212) 370-7889

*Attorneys for Defendants*

**BAILEY COWAN HECKAMAN PLLC**
Robert W. Cowan
(admitted *pro hac vice*)
5555 San Felipe St., Suite 900
Houston, Texas 77056
(713) 425-7100

*Attorneys for the Blackmon Plaintiffs*

**SONG, P.C.**
Douglas Weiner
Darren Shield
444 Madison Avenue, Fourth Floor
New York, New York 10022
(212) 599-0700
*Attorneys for Thomas Brown*

**KUDMAN TRACHTEN ALOE LLP**

By: ___/S/_____
    Paul H. Aloe
    Francis M. Curran
350 Fifth Avenue, 68th Floor
New York, New York 10118
(212) 868-1010

*Lead Counsel and Attorneys for the Barrett Plaintiffs*

**LAW OFFICES OF DAVID I. ABOULAFIA**
David I. Aboulafia
228 East 45th Street
Suite 1700
New York, New York 10017
(212) 684-1422

*Attorney for the Barrett Plaintiffs*